Stephen M. Doniger, Esq. (SBN 179314)
Email: stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
Email: tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
Email: jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; et al.,<br><br>Defendants. | Case No. 2:18-cv-02625-JAK-AS<br>*Hon. John A. Kronstadt Presiding*<br><br>**NOTICE OF LODGING RE CORRECTED SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET** |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff hereby submits its Notice of Lodging re Corrected Schedule of Pretrial and Trial Dates Worksheet accompanying the parties' Joint Rule 26(f) Report filed with United States District Court on July 6, 2018 as Docket 22 (the "Report"). The Pretrial and Trial Dates Worksheet originally filed with the Report did not indicate that Defendant's pretrial date requests were the same as Plaintiff's. Plaintiff now lodges a corrected version indicating this request.

Respectfully submitted,

Dated: July 9, 2018           By:     /s/ *Justin M. Gomes*
                                      Scott Alan Burroughs, Esq.
                                      Trevor W. Barrett, Esq.
                                      Justin M. Gomes, Esq.
                                      DONIGER / BURROUGHS
                                      Attorneys for Plaintiff