Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; et al.,<br><br>Defendants. | Case No. 2:18-cv-02625-JAK-AS<br>*Hon. John A. Kronstadt Presiding*<br><br>**NOTICE OF LODGING RE PARTIES' [PROPOSED] CONSTRUCTIONS OF DIPUSTED TERMS** |

1

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Parties hereby jointly submit a Notice of Lodging re [Proposed] Constructions of Disputed Terms concerning U.S. Patent 8,448,476, pursuant to this Court's Standing Patent Rule 3.5.1 and in connection with the Claim Construction Hearing set November 19, 2018 at 10:30 a.m.

Respectfully submitted,

Dated: October 29, 2018     By:   /s/ *Justin M. Gomes*
                                  Scott A. Burroughs, Esq.
                                  Justin M. Gomes, Esq.
                                  DONIGER / BURROUGHS
                                  Attorneys for Plaintiff

NOTICE OF LODGING RE PARTIES' PROPOSED CONSTRUCTIONS OF DISPUTED TERMS