Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; et al.,<br><br>Defendants. | Case No. 2:18-cv-02625-JAK-AS<br><u>Hon. John A. Kronstadt Presiding</u><br><br>**[PROPOSED] CLAIM CONSTRUCTIONS OF DISPUTED TERMS**<br><br>**Hearing Date: November 19, 2018**<br>**Time:          10:30 a.m.**<br>**Courtroom:   10B - 1st Street** |

# [PROPOSED] CONSTRUCTIONS OF DISPUTED TERMS

After consideration of the papers submitted in connection with the Claim Construction Hearing and any oral argument of counsel, the Court adopts the following constructions for the disputed terms[1]:

| Claim(s) | Term or Phrase | Specification Support | Plaintiff's Construed Meaning | Court's Construed Meaning |
|---|---|---|---|---|
| 5, 6, 7 | "at least two-row unit designs" | 2:57-64; 4:6-9; 4:55-67; 5:17-57; 6:39-7:2 | There are at least two rows of unit designs. | |
| 5 | "the unit organizations of any one unit design" | 6:41-43; Fig. 13 | The unit organization of any particular unit design. | |
| 5 | "arrayed in zigzag with the unit organizations of another unit design" | 6:41-43; Fig. 13 | Offset from the unit designs adjacent to it. | |
| 6 | "with the unit organizations" | | With particular unit organizations. | |
| 7 | "the width of any one unit design" | 4:10-12 | Width of a unit design. | |
| 7 | "is wider than that of another unit design" | 4:10-12 | Longer than another unit design's width. | |
| 7 | "adjacent to the one unit design" | | Immediately above, below, or next to the unit design. | |

---

[1] Defendant Target Corporation contends that the terms listed herein cannot be properly construed pursuant to 35 U.S.C. 112 and therefore does not provide a proposed construction of such terms.

| 8 | "the length of one unit organization" | 4:6-9 | Length of a unit organization. | |
| 8 | "longer than that of another unit organization" | 4:6-9 | Longer than another unit organization's length. | |
| 8 | "adjacent to the one unit organization" | | Immediately above, below, or next to the unit organization. | |

<u>IT IS SO ORDERED.</u>

Dated: _____     By: _____
                                HON. JOHN A. KRONSTADT
                                U.S. DISTRICT JUDGE