Scott Alan Burroughs (SBN 235718)
Justin M. Gomes (SBN 301793)
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WONGAB CORPORATION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-cv-02625-JAK-AS |
| v. | |
| TARGET CORPORATION; et al. | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

1. Paper Copy of the Certified File History for U.S. Patent 8,448,476;
2. USB Thumb Drive Containing Electronic Copy of Certified File History for U.S. Patent 8,448,476

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: May 18, 2018
☐ Other:

Standing Patent Rules 3.5.2-3.5.3

| October 29, 2018 | /s/ Justin M. Gomes |
|---|---|
| Date | Attorney Name |
| | Plaintiff Wongab Corporation |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    **NOTICE OF MANUAL FILING OR LODGING**