1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONGAB CORPORATION, | Case No. 2:18-cv-02625-JAK-AS |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO CONTINUE MARKMAN HEARING** |
| vs. | |
| TARGET CORPORATION; et al., | |
| Defendants. | |

1  The Court, having reviewed the Stipulation of the Parties and finding good
2  cause, hereby **GRANTS** the Stipulation. The Markman Hearing is continued from
3  November 19, 2018 at 10:30 a.m., to December 10, 2018, at 10:30 a.m.
4      IT IS SO ORDERED.

Dated: November 9, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE