UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-02625 JAK (ASx) | Date | December 10, 2018 |
|---|---|---|---|
| Title | Wongab Corporation v. Target Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Justin M. Gomes | Matthew L. Seror |
| | William F. Holbrow |

**Proceedings:**   **MARKMAN HEARING**

The *Markman* hearing is held. At the outset, the Court provides the parties with a tentative ruling and permits counsel time to review the ruling prior to giving their respective presentations.

The hearing resumes on the record. Counsel address the Court, and state that they do not dispute the proposed constructions in the tentative ruling with one exception. That dispute concerns the Court's construction of the term "ground organization" in a manner with which both disagree. The Court states its view that it will adopt its tentative claim constructions with respect to all of the undisputed claim terms, which leaves open only the construction of the term "ground organization." Counsel state that they believe that they can agree to a proposed construction of this term that is different than the one previously submitted and that takes into account the concerns stated in the tentative ruling. Consequently, they are directed to file a joint report by December 14, 2018 stating whether they have reached agreement as to a revised construction for the term "ground organization." If they have reached an agreement, it shall be stated in the joint report. Upon receiving the joint report, the Court will determine whether to accept that proposed definition or to modify it. In light of the foregoing, the *Markman* issues are taken **UNDER SUBMISSION**, and a ruling will issue that will adopt the Court's presently proposed constructions of the undisputed terms and what may be a different version of the definition of the term "ground organization" based on a review of the joint statement by the parties. The tentative rulings are returned to the Clerk

**IT IS SO ORDERED.**

|  | : | 10 |
|---|---|---|
| Initials of Preparer | ak | |