Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; et al.,<br><br>Defendants. | Case No. 2:18-cv-02625-JAK-AS<br>*Hon. John A. Kronstadt Presiding*<br><br>**JOINT REPORT RE REVISED TERM CONSTRUCTION** |

By and through their attorneys of record, who are set forth below, the parties – Plaintiff Corporation ("Wongab") and Defendant Target Corporation ("Target" collectively with Wongab, the "Parties") – hereby submit this jointly signed revised term construction for the term "ground organization."

| Claim(s) | Term or Phrase | Construed Meaning | Specification Support |
|---|---|---|---|
| 1, 5, 6, 7 | "ground organization" | The structure of the underlying knitted fabric. | |

Dated: December 14, 2018    By:    /s/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER /BURROUGHS
Attorneys for Plaintiff

Dated: December 14, 2018    By:    /s/ *Willmore F. Holbrow III*
Willmore F. Holbrow III, Esq.
Matthew L. Seror, Esq.
BUCHALTER
A Professional Corporation
Attorneys for Defendant
TARGET CORPORATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.