Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; et al.,<br><br>Defendants. | Case No. 2:18-cv-02625-JAK-AS<br>*Hon. John A. Kronstadt Presiding*<br><br>**JOINT STIPULATION REQUESTING MODIFICATIONS TO SCHEDULING ORDER IN VIEW OF TIMING OF MARKMAN RULING** |

- 1 -

1    By and through their attorneys of record, who are set forth below, the parties –
2 Plaintiff Wongab Corporation ("Wongab") and Defendant Target Corporation
3 ("Target" collectively with Wongab, the "Parties") – hereby submit this joint request
4 to modify the current scheduling order.
5    WHEREAS when the Court issued its order setting a scheduling conference in
6 this action (Dkt. No. 17) that order included an "EXHIBIT A – SCHEDULE OF
7 PRETRIAL AND TRIAL DATES FOR PATENT CASES" wherein the date for a
8 Markman Decision was designated to be "set by Court" and most subsequent dates
9 were slated to be scheduled for certain numbers of weeks "After Markman Decision."
10    WHEREAS following the Parties' submission of a Joint Report and the
11 completion of the scheduling conference in this action, the Court issued an order (the
12 "Scheduling Order") scheduling the Markman Hearing for November 19, 2018, and
13 an "Anticipated Ruling to be Issued on Markman Hearing" for December 17, 2018.
14    WHEREAS the Markman Hearing was held on December 10, 2018.
15    WHEREAS several of the events for which deadlines were set in this action
16 require a Markman Decision be entered before they can be appropriately completed.
17    WHEREAS no Markman Decision has yet been issued by the Court.
18    NOW, THEREFORE, the Parties stipulate and respectfully request that this
19 Court modify the Scheduling Order and continue each of the dates originally
20 scheduled to take place after the "Anticipated Ruling to be Issued on Markman
21 Hearing" to equivalently-spaced future dates based on either the date the Court
22 currently anticipates issuing a Markman Decision, or the actual future date on which
23 the Court issues a Markman Decision.
24    For the convenience of the Court, a proposed modified schedule of dates
25 utilizing the spacing suggested in the Court's template "EXHIBIT A – SCHEDULE
26 OF PRETRIAL AND TRIAL DATES FOR PATENT CASES" (seen Dkt. No. 17) is
27 provided below based on the potential issuance of a Markman Decision on or around
28

February 25, 2019.

| Event | Current Date | Proposed Date |
|---|---|---|
| Anticipated Ruling to be Issued on Markman Hearing | December 17, 2018 | February 25, 2019 |
| Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures | January 21, 2019 | March 25, 2019 |
| Last day to participate in a settlement conference/mediation | February 15, 2019 | April 19, 2019 |
| Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | February 18, 2019 | April 22, 2019 |
| Last day to file a notice of settlement or a joint report re status of settlement | February 22, 2019 | April 26, 2019 |
| Post Mediation Status Conference | March 4, 2019 | May 6, 2019 |
| Patentee's Deadline to Serve Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof | March 18, 2019 | May 20, 2019 |
| Expert Discovery Cut-Off | April 15, 2019 | June 17, 2019 |
| Last day to file dispositive motions | April 29, 2019 | July 15, 2019 |
| Last day to hear motions (including discovery motions) | June 17, 2019 | September 2, 2019 |

Joint Stipulation Requesting Modifications To Scheduling Order

| | | | |
|---|---|---|---|
| Dated:  February 15, 2019 | | By: | */s/ Scott A. Burroughs* |
| | | | Scott A. Burroughs, Esq. |
| | | | Trevor W. Barrett, Esq. |
| | | | DONIGER /BURROUGHS |
| | | | Attorneys for Plaintiff |

| | | | |
|---|---|---|---|
| Dated: February 15, 2019 | | By: | /s/ *Willmore F. Holbrow III* |
| | | | Willmore F. Holbrow III, Esq. |
| | | | Matthew L. Seror, Esq. |
| | | | BUCHALTER |
| | | | A Professional Corporation |
| | | | Attorneys for Defendant |
| | | | TARGET CORPORATION |

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.