1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WONGAB CORPORATION,

Plaintiff,


v.


TARGET CORPORATION; et al.,

Defendants.

Case No. 2:18-cv-02625-JAK-AS
*Hon. John A. Kronstadt Presiding*

**[PROPOSED] ORDER ON JOINT STIPULATION REQUESTING MODIFICATIONS TO SCHEDULING ORDER**

- 1 -

[PROPOSED] ORDER:

For good cause shown and based upon the stipulation of the parties, the Court hereby orders the schedule of dates in this action set forth in scheduling minute order dated July 17, 2018 be modified as follows:

| **Event** | **New Date** |
|---|---|
| Anticipated Ruling to be Issued on Markman Hearing | February 25, 2019 |
| Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures | March 25, 2019 |
| Last day to participate in a settlement conference/mediation | April 19, 2019 |
| Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | April 22, 2019 |
| Last day to file a notice of settlement or a joint report re status of settlement | April 26, 2019 |
| Post Mediation Status Conference | May 6, 2019 |
| Patentee's Deadline to Serve Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof | May 20, 2019 |
| Expert Discovery Cut-Off | June 17, 2019 |
| Last day to file dispositive motions | July 15, 2019 |
| Last day to hear motions (including discovery motions) | September 2, 2019 |

///

1    **IT IS SO ORDERED.**

2

3    DATED: _____        By: _____

4                                          HON. JOHN A. KRONSTADT
                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order On Joint Stipulation Requesting Modifications To Scheduling Order