UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-02625 JAK (ASx) | Date | February 19, 2019 |
|---|---|---|---|
| Title | Wongab Corporation v. Target Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER AMENDING SCHEDULING ORDER; ORDER RE PARTIES' JOINT STIPULATION TO CONTINUE SCHEDULING ORDER IN VIEW OF TIMING OF MARKMAN RULING (DKT. 43)**

The Court has reviewed the parties' February 15, 2019 Joint Stipulation to Continue Scheduling Order (Dkt. 43) and hereby modifies the schedule entered on July 17, 2018 (Dkt. 17) for all remaining dates in this matter as follows:

| | |
|---|---|
| March 25, 2019: | Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures |
| April 19, 2019: | Last day to participate in a settlement conference/mediation |
| April 22, 2019: | Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof |
| April 26, 2019: | Last day to file a notice of settlement or a joint report re status of settlement |
| May 6, 2019 at 1:30 p.m.: | Post Mediation Status Conference |
| May 20, 2019: | Patentee's Deadline to Serve for Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof |
| June 17, 2019: | Expert Discovery Cut-Off |
| July 15, 2019: | Last day to file dispositive motions |
| September 9, 2019: | Last day to hear motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-02625 JAK (ASx) | Date | February 19, 2019 |
|---|---|---|---|
| Title | Wongab Corporation v. Target Corporation, et al. | | |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

As provided in the Scheduling Order (Dkt. 17), the Court granted the parties' request to participate in a settlement conference with a private neutral. The parties were ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on May 6, 2019, if such notice is filed on or before April 25, 2019. If a notice of settlement is not filed, counsel shall file a joint report by April 25, 2019, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak